ROBERT HILL v. THE STATE.

No. 23015. Delivered December 20, 1944.

The opinion states the case.

*John Glass*, of Tyler, for appellant.

*Ernest S. Goens*, State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Upon appellant's plea of guilty to a charge of unlawfully carrying a pistol his punishment was by the court assessed at six months' confinement in the county jail.

No statement of facts or bills of exception are in the record. In his motion for new trial appellant set up newly discovered evidence, which, of course, cannot be appraised in the state of the record.

The judgment is affirmed.